IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGUYEN L. NGUYEN,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ROBERT A. HOREL, Warden,<br><br>　　　　Respondent.　　　　　　／ | No. C 07-01434 CW (PR)<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE |

　　Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by October 17, 2007.

　　This Order terminates Docket no. 9.

　　IT IS SO ORDERED.

Dated: 8/24/07

　　　　　　　　　　　　　　　　　　　　_Claudia Wilken_
　　　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

NGUYEN L. NGUYEN,

      Plaintiff,

  v.

ROBERT A. HOREL et al,

      Defendant.

Case Number: CV07-01434 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric David Share
State Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

Nguyen L. Nguyen V11362
Pelican Bay State Prison
P.O. Box 7500
Crescent City, CA 95531

Dated: August 24, 2007

                      Richard W. Wieking, Clerk
                      By: Sheilah Cahill, Deputy Clerk